**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1028**

DEBBIE WRIGHT,

Plaintiff – Appellant,

v.

COMMONWEALTH PRIMARY CARE, INCORPORATED, d/b/a Wyndham
Family Practice; MELANIE P. BOGGS, M.D.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Chief
District Judge.  (3:10-cv-00034-JRS)

Submitted: August 26, 2011        Decided: September 6, 2011

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William G. Shields, THE SHIELDS LAW FIRM, PLLC, Richmond,
Virginia, for Appellant. Paul T. Walkinshaw, Garland B. Nagy,
HANCOCK, DANIEL, JOHNSON & NAGLE, P.C., Fairfax, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Debbie Wright appeals the district court's orders striking Wright's expert designation and dismissing her complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wright v. Commonwealth Primary Care, No. 3:10-cv-00034-JRS (E.D. Va. Nov. 2 & Dec. 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2